# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**STEVEN G. HOLLIS**                                                **PLAINTIFF**

**VS.**                    **CASE NO. 4:21-CV-1088 PSH**

**KILOLO KIJAKAZI,**
**Acting Commissioner, Social**
**Security Administration**                                         **DEFENDANT**

## ORDER

Defendant Kilolo Kijakazi ("Kijakazi"), in her unopposed motion to reverse and remand (docket entry no. 16), requests this case be reversed and remanded for further administrative proceedings. For good cause shown, the motion is granted. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 15th day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE