IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEVEN G. HOLLIS**  PLAINTIFF

VS.  CASE NO. 4:21-CV-1088 PSH

**KILOLO KIJAKAZI,**
**Acting Commissioner, Social**
**Security Administration**  DEFENDANT

## JUDGMENT

Pursuant to the Order filed in this matter this date, this case is remanded for further proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

IT IS SO ORDERED this 15th day of November, 2022.

_____
UNITED STATES MAGISTRATE JUDGE