# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**STEVEN G. HOLLIS**                                                                                          **PLAINTIFF**

VS.                              No. 4:21-cv-01088 PSH

**KILOLO KIJAKAZI,**
**ACTING COMMISSIONER OF SOCIAL**
**SECURITY ADMINISTRATION**                                                                    **DEFENDANT**

## ORDER

Now before the Court is plaintiff Steven G. Hollis' ("Hollis") motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Doc. No. 19). Counsel for defendant Kilolo Kijakazi ("Kijakazi") has conferred with Hollis' counsel and they have agreed to an award of EAJA fees and expenses in the amount of $7,500.[1]

The motion is GRANTED, and the EAJA award in the amount of $7,500.00 is approved. There is nothing unreasonable about the hours of work performed or the hourly rate requested. Because the award belongs to Hollis, and not his attorney, as

---

[1] Hollis originally sought an award of $8,030.00.

1

set forth in *Astrue v. Ratliff*, 560 U.S. 586 (2010), the Department of Treasury shall issue payment of this award by check made payable to Hollis, in care of his attorney, Martin W. Long, and shall mail the check to Mr. Long at his Panama City Beach, Florida, address.

    IT IS SO ORDERED this 25th day of January, 2023.

_____
UNITED STATES MAGISTRATE JUDGE